EXHIBIT "E"

Case 6:08-mc-00108-MSS-DAB Document 1-5 Filed 10/08/08 Page 2 of 6 PageID 46
Case 8:08-mc-00108-VMC-MAP Document 3 Filed 08/14/2008 Page 1 of 4
Case 8:08-mc-00109-VMC-MAP Document 1-12 Filed 08/14/2008 Page 2 of 5

# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

IN THE MATTER OF THE APPLICATION
OF ARMADA (SINGAPORE) PTE LTD,
    Petitioner,

CASE No.: __8:08-mc-104-T-33MAP__

FOR DISCOVERY IN AID OF FOREIGN
PROCEEDINGS PURSUANT TO 28 U.S.C.
§ 1782 OR ALTERNATIVELY TO PRESERVE
TESTIMONY/ EVIDENCE IN AID OF
ANTICIPATED LITIGATION UNDER
FED. R. CIV. P. 27

_____/

## ORDER GRANTING EMERGENCY VERIFIED PETITION

This matter comes before the Court on the Emergency Verified Petition for Discovery in Aid of Foreign Proceedings pursuant to Title 28 United States Code Section 1782 and alternatively under Federal Rule of Civil Procedure ("Rule") 27. Having reviewed the Emergency Verified Petition of Petitioner Armada (Singapore) Pte Ltd. ("Armada" or "Petitioner"), the Court is satisfied that the perpetuation of testimony and preservation of evidence is warranted pursuant to Section 1782 and Rule 27, and the Court hereby **ORDERS** as follows:

1. The Petition is GRANTED.

2. The following witnesses are ordered to give a deposition before a court reporter or other person authorized by Rule 28(a) or as contemplated by "3" below prior to their or the Vessel's departure from the jurisdiction of this Court:

    a. Master of the Vessel, Kostas Aristeidoglon;

Case 6:08-mc-00108-MSS-DAB   Document 1-5   Filed 10/08/08   Page 3 of 6 PageID 47
Case 8:08-mc-0010_-VMC-MAP   Document 3   Filed 0_/_4/2008   Page 2 of 4
Case 8:08-mc-00109-VMC-MAP   Document 1-12   Filed 08/14/2008   Page 3 of 5

      b.      Chief Engineer of the Vessel, Volodymyr Khayminov;

      c.      M/V Pilion's Vessel Superintendent, Carl Suffield; and,

      d.      The steering gear manufacturer (Rolls-Royce) representative, Brian Hulion.

3. The Court herewith suspends the requirements of Local Rule 3.02. The depositions so ordered are to take place forthwith at the offices of Holland & Knight LLP, 100 N. Tampa St., Suite 4100, Tampa, FL 33602 or aboard the Vessel, unless otherwise agreed between the parties. However, it is envisioned by the Court that it may be necessary to take one or more of the depositions on board the vessel, for instance if crew members cannot come ashore at any particular time, and further that it may be necessary to preserve the testimony by audio or videotape if a court reporter is unavailable, all of which is hereby authorized.

4. The Master of the Vessel is ordered to preserve all relevant documentation/items relating to the steering gear and rudder failure between June-July 2008 and is ordered to produce forthwith the following documents/items for the period of the last six months to the present to Holland & Knight LLP for examination and photocopying, at their expense, prior to the Vessel's departure from the jurisdiction:

      a.      Copies of the Vessel Deck log;

      b.      Copies of the Vessel Engine log;

      c.      Copies of the Lloyd's Register "Class" documents in connection with the Vessel's steering gear and rudder, as well as associated equipment;

Case 6:08-mc-00108-MSS-DAB   Document 1-5   Filed 10/08/08   Page 4 of 6 PageID 48
Case 8:08-mc-00107-MC-MAP   Document 3   Filed 08/14/2008   Page 3 of 4
Case 8:08-mc-00109-VMC-MAP   Document 1-12   Filed 08/14/2008   Page 4 of 5

      d.    Copies of the Vessel Maintenance and Repair records concerning the Vessel's steering gear and rudder, as well as with associated equipment;

      e.    Copies of communications between the Vessel and any vendor, supplier, and/or manufacturer related to the Vessel's steering gear and rudder, as well as associated equipment;

      f.    Copies of communications between the Vessel and Pearl, STX, its operators (Helikon), its brokers (Clarksons), and Class (Lloyd's Register) related to the Vessel's steering gear and rudder, as well as associated equipment.

5. PETITIONER is hereby granted permission to submit additional discovery requests to the interested parties listed below in paragraph 6 in accordance with applicable rules and procedures.

6. In Accordance with Rule 27(a)(2), PETITIONER is hereby ordered and granted permission to serve the Petition and this Order on: (a) the Master of the Vessel by hand; (b) STX Panocean Co. Ltd. by telefax and e-mail; and (c) Pearl Seacarriers Inc. c/o Helikon Shipping Enterprises Ltd. by telefax and e-mail.

7. Upon the request of any interested party, the Court will set a hearing in this matter on an expedited basis, however, the provisions of Rule 27(a)(2) as far as 20 days notice are hereby modified.

Case 6:08-mc-00108-MSS-DAB   Document 1-5   Filed 10/08/08   Page 5 of 6 PageID 49
Case 8:08-mc-00108-VMC-MAP   Document 3    Filed 08/14/2008   Page 4 of 4
Case 8:08-mc-00109-VMC-MAP   Document 1-12   Filed 08/14/2008   Page 5 of 5

**DONE AND ORDERED** at Tampa, Florida, this ___14___ day of August, 2008.

*[signature]*

~~UNITED STATES DISTRICT JUDGE~~
~~MIDDLE DISTRICT OF FLORIDA~~

MARK A. PIZZO
UNITED STATES MAGISTRATE JUDGE

# 5542835_v1

**Fleming, Lynda M (TPA - X36577)**

| | |
|---|---|
| From: | cmecf_flmd_notification@flmd.uscourts.gov |
| Sent: | Thursday, August 14, 2008 5:24 PM |
| To: | cmecf_flmd_notices@flmd.uscourts.gov |
| Subject: | Activity in Case 8:08-mc-00109-VMC-MAP ARMADA (SINGAPORE) PTE LTD Order on motion for discovery |

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

## U.S. District Court

## Middle District of Florida

### Notice of Electronic Filing

The following transaction was entered on 8/14/2008 at 5:24 PM EDT and filed on 8/14/2008
**Case Name:**       ARMADA (SINGAPORE) PTE LTD
**Case Number:**     8:08-mc-109
**Filer:**
**Document Number:** 3

**Docket Text:**
**ORDER granting [1] Motion for discovery. See order for details. Signed by Magistrate Judge Mark A. Pizzo on 8/14/2008. (JMF)**

**8:08-mc-109 Notice has been electronically mailed to:**

Paul E. Parrish  paul.parrish@hklaw.com, lynda.bihorel@hklaw.com

**8:08-mc-109 Notice has been delivered by other means to:**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1069447731 [Date=8/14/2008] [FileNumber=5633642-0
] [6bd7737fc386935770c7dbcdd79b7a1c9d01fdfb7f38308d0361dafb07af2ee9012
eca2c663f496337d802beb73887bdb1e20eed367aa0fd6650593ecb83d0b5]]

8/15/2008